IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
LUBBOCK DIVISION

| | |
|---|---|
| JASON CORLEY and ZACHARY LONG, <br><br> Plaintiffs, <br><br> v. <br><br> UNITED STATES DEPARTMENT OF THE TREASURY, *et al*., <br><br> Defendants. | Civil Action No. 5:25-CV-00086-H |

## NOTICE OF EXEMPTIVE RELIEF ORDER

Defendants hereby notify the Court that, effective September 30, 2025, the U.S. Department of the Treasury and the Financial Crimes Enforcement Network (FinCEN) will exempt reporting persons from all requirements of the Anti-Money Laundering Regulations for Residential Real Estate Transfers Rule until March 1, 2026. Notice was posted at https://www.fincen.gov/system/files/2025-09/RRE-Rule-Exemptive-Relief-Order-508.pdf.

Respectfully submitted,

Ryan Raybould
United States Attorney

*/s/ Saurabh Sharad*
Saurabh Sharad
Assistant United States Attorney
New York Bar No. 5363825
1100 Commerce Street, Third Floor
Dallas, Texas 75242-1699
Telephone: 214-659-8600
Facsimile: 214-659-8807
saurabh.sharad@usdoj.gov

*Counsel for Defendants*

**Notice to the Court– Page 1**

## CERTIFICATE OF CONFERENCE

On November 21, 2025, I conferred via email with Plaintiffs' counsel, who informed me that Plaintiffs take no position on this notice and abstain from joining.

                                       */s/ Saurabh Sharad*
                                       Saurabh Sharad
                                       Assistant United States Attorney

## CERTIFICATE OF SERVICE

On November 21, 2025, I electronically filed the above Notice with the clerk of court for the U.S. District Court, Northern District of Texas.

                                       */s/ Saurabh Sharad*
                                       Saurabh Sharad
                                       Assistant United States Attorney