UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
LUBBOCK DIVISION

| | |
|---|---|
| JASON CORLEY, et al.,<br><br>    Plaintiffs,<br><br>v.<br><br>UNITED STATES DEPARTMENT OF<br>THE TREASURY, et al.,<br><br>    Defendants. | No. 5:25-CV-086-H |

### ORDER

Before the Court are the plaintiffs' motion for summary judgment (Dkt. No. 10) and the government's cross-motion for summary judgment (Dkt. No. 16). Having reviewed the parties' briefing on each motion, as well as the brief of amicus curiae Puerto Rico Privacy Association (Dkt. No. 24), the Court makes the following determinations:

The plaintiffs' motion for summary judgment (Dkt. No. 10) is denied. The government's cross-motion for summary judgment (Dkt. No. 16) is granted in full. The Court determines that the four substantial-effect factors outlined in *United States v. Morrison*, 529 U.S. 598, 609–13 (2000), favor upholding the Treasury Department's challenged rule as constitutional under binding precedent interpreting the Commerce Clause. The Court also finds that the challenged rule comports with binding precedent interpreting the Necessary and Proper Clause. The Court's decision resolves all claims in this matter.

A memorandum opinion and order explaining the Court's decision will issue in the near future.

– 2 –

So ordered on February 25, 2026.

_____
JAMES WESLEY HENDRIX
UNITED STATES DISTRICT JUDGE